996 A.2d 449

IN THE MATTER OF DAVID E. ALBERTS,
AN ATTORNEY AT LAW.

June 16, 2010.

## ORDER

This matter having been duly presented to the Court on the application of **DAVID E. ALBERTS,** who was admitted to the bar of this State in 1988, to be transferred to disability inactive status pursuant to *Rule* 1:20–12(e), and good cause appearing;

It is ORDERED that **DAVID E. ALBERTS** is hereby transferred to disability inactive status, effective immediately, pending proceedings pursuant to *Rule* 1:20–12(d) to determine the incapacity, and until the further Order of the Court; and it is further

ORDERED that **DAVID E. ALBERTS** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **DAVID E. ALBERTS** comply will *Rule* 1:20–20 governing incapacitated attorneys; and it is further

ORDERED that the disciplinary proceedings pending against **DAVID E. ALBERTS** are hereby deferred pending determination of the incapacity and until the further Order of the Court.